IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAUGHLIN PRODUCTS, INC., | Civil Action No. 02-CV-3605 L |
| Plaintiff, | Judge Benson E. Legg |
| vs. | |
| BOB JOHNSON and DOLLY MCSHAIN, | |
| Defendants. | |

### CONSENT ORDER STAYING ACTION AND EXTENDING TIME TO RESPOND TO COMPLAINT

This matter having come before the Court upon the stipulation and consent of the parties as indicated below:

**WHEREAS,** Laughlin Products, Inc. ("LPI") has filed sixteen identical suits in nine (9) United States District Courts against salons owned and operated by Hollywood Tanning Systems, Inc. ("HTS") and by HTS franchisees (the "Laughlin suits"), including *Laughlin Products v. Bergey*, et al, Civil Action No. 02-CV-2128 (D.Md., filed June 25, 2002) (the "Maryland Suit"). The Laughlin suits each allege that HTS and its named franchisees have infringed U.S. Patent No. 5,922,333 ("the '333 Patent");

**WHEREAS,** HTS has also filed a declaratory judgment action in the United States District Court for the District of New Jersey seeking, among other things, a declaration of non-infringement and invalidity (the "HTS suit");

2

**WHEREAS**, on August 12, 2002, HTS and its named franchisees filed a motion to transfer the Laughlin suits and the HTS suit (collectively, the "District Court cases") to the Judicial Panel on Multi-district Litigation (the "MDL Panel") for centralized pretrial discovery and management.

**WHEREAS,** the MDL Panel heard oral argument on the application on November 21, 2002 and has yet to rule on the transfer application;

**WHEREAS**, a Consent Order Staying Action and Extending Time to Respond to Complaint was entered in the Maryland Suit on September 4, 2002, staying that proceeding pending a decision from the MDL Panel on the transfer application, and extending the time for Defendants to answer, move, or otherwise respond to the Complaint to 20 days following Defendants' counsel's receipt of a decision by the MDL Panel on the transfer application; and

**NOW THEREFORE**, it is hereupon **ORDERED** and **ADJUDGED** that:

1. this proceeding is stayed pending a decision from the MDL Panel on the transfer application;

2. the time for Defendants to answer, move, or otherwise respond to the Complaint be, and the same hereby is, extended to 20 days following Defendants' counsel's receipt of a decision by the MDL Panel on the transfer application.

SO ORDERED, THIS _6TH_ DAY OF _January_, 200_3_:

_____
United States District Judge Benson E. Legg
District of Maryland

2

The undersigned attorneys consent to the form and entry of the within order:

*Royal W Craig /RWC*  
Royal W. Craig  
Law Offices of Royal W. Craig  
10 North Calvert Street  
Suite 153  
Baltimore, MD 21202  
(410) 385-2383

Michael A. O'Neil  
Michael A. O'Neil, P.C.  
5949 Sherry Lane  
Suite 1030  
Dallas, TX 75225  
(214) 739-0088

Counsel for the Plaintiff

Dated: December 31, 2002

*D. Christopher Ohly /DCO*  
D. Christopher Ohly  
Blank Rome Comisky & McCauley LLP  
250 West Pratt Street  
Suite 1100  
Baltimore, MD 21201  
(410) 659-3960

Laurence S. Shtasel  
Blank Rome Comisky & McCauley LLP  
1 Logan Square  
Philadelphia, PA 19103  
(215) 569-5691

Counsel for the Defendants

112139.00601/50221395v1