IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Laughlin Products Inc
    Plaintiff(s)

vs.

Bob Johnson et al
    Defendant(s)

Civil No.: L-02-3605

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 MAR P 3 03
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

\*\*\*\*\*\*

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 10th day of March, 20___

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

/S/
Benson Legg
United States District Judge

U.S. District Court (Rev. 12/1999) - Administrative Case Closing